**guaranteed**

Your actual rate, payment, and costs could be higher.
Get an official Loan Estimate before choosing a loan.

# You are pre-approved for $450,000.00

| $450,000.00 | $441,849.00 | 6.250% / 7.087% | $2,720.54* | Interest Rate and APR rates may |
| Offer price | Loan amount | Interest rate / Est. APR | Est. Payments (Principal & Interest) | have changed. Contact your Loan Officer for up-to-date rates. |

| 96.500% / 96.500% | FHA-Fixed | 360 months | None | |
| LTV/CLTV | Loan type | Loan term | Prepayment penalty | **Expires 04/06/2023** |

*This does not include taxes, insurance, or other monthly fees.

January 6, 2023

Ruthwik Nekkanti
9523 South Hollybrook Lake Drive
Pembroke Pines, FL 33025

Congratulations! You are pre-approved for a residential mortgage loan from Guaranteed Rate, Inc. based upon:

- Your credit report
- Your self-reported financial information
- Automated Underwriting System Approval

The conditions of this pre-approval must be provided for a final loan commitment. The conditions are subject to underwriting review and acceptance of the following:

- Fully executed sales contract
- Appraisal conducted by a licensed appraiser
- Valid Homeowner's or Condo Insurance Policy
- Comprehensive review of assets, income, creditworthiness, and collateral completed by underwriting

This rate is not yet locked. Guaranteed Rate, Inc., at its sole discretion, reserves the right to make all final credit related decisions on this loan application.

We're happy to be partnering with you for your new home financing. If you have any questions, please contact me directly, and congrats again!

Sincerely,

**David Danikowski**
773-796-6326
Dave.Danikowski@rate.com

EQUAL HOUSING LENDER   David Danikowski NMLS ID: 1987671 State License # IL - 031.0060892
Guaranteed Rate, Inc. NMLS ID #2611 (Nationwide Mortgage Licensing System www.nmlsconsumeraccess.org)

This pre-approval is contingent upon, and subject to, the availability of this loan product and program in the secondary market from the issuance of this pre-approval through the closing and funding of the loan. Rates and points are subject to change at any time without prior notice before a rate lock is executed. Payments do not include property taxes and insurance. Mortgage insurance is not included in the payment quoted. Mortgage Insurance Premium (MIP) is required for all FHA loans and private Mortgage Insurance (PMI) is required for all conventional loans where the LTV is greater than 80%. Any change in the prevailing interest rates and points could affect this pre-approval. Guaranteed Rate, Inc. reserves the right to revoke this pre-approval at any time if there is a change in your financial condition or credit history which would impair your ability to repay this obligation which would make you ineligible for the loan program, and/or if any information contained in your application is untrue, incomplete or incorrect.
*If you have selected an adjustable rate mortgage, your estimated monthly principal and interest (P&I) payment, rate and APR are subject to increase after the initial term period and APR are subject to increase after the initial term period.