IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Ruthwik Nekkanti | : | Chapter 13 |
| | : | Case No.: 22-10030-MDC |
| Debtors(s) | : | |

## O R D E R

**AND NOW,** this \_\_\_\_9th\_\_\_\_ day of _____February_____ 2023, upon consideration of the Motion to Incur Additional Debt filed by Debtor, it is hereby

**ORDERED** that the Debtor may incur additional debt so as to obtain a mortgage to purchase a real property.

FURTHER ORDERED:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE