IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Ruthwik Nekkanti | : | Chapter 13 |
| | : | Case No.: 22-10030-MDC |
|    Debtors(s) | : | |

# O R D E R

**AND NOW,** upon consideration of the Motion to Incur Additional Debt filed by Debtor, it is hereby:

**ORDERED** that the Debtor may incur additional debt to obtain a mortgage to purchase real property.

FURTHER ORDERED:

Date: December 5th, 2023

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE